**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 95-60655

(Summary Calendar)
_____

DONALD E BOOKER,

                              Plaintiff-Appellant,

versus

SHIRLEY S CHATER, COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
For the Southern District of Mississippi

_____

July 2, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

     Plaintiff Donald E. Booker appeals the district court's order affirming the decision of the Commissioner of Social Security ("Commissioner") denying Brooker's claim for Social Security disability insurance benefits.  Having carefully reviewed the record, we find that the Commissioner's decision was supported by

_____

     *     Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

substantial evidence and comports with relevant legal standards. We affirm, substantially for the reasons stated in the district court's memorandum opinion. *See Booker v. Chater*, No. 3:94-CV-689WS (S.D. Miss. Sep. 25, 1995).

AFFIRMED